UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

G. MEMO VERA,

              Petitioner,

      v.

KERN COUNTY SUPERIOR COURT PSYCH'S,

              Respondent.

Case No. 1:24-cv-01332-CDB (HC)

ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE JUNE 5, 2026, FINDINGS AND RECOMMENDATIONS

(Doc. 15)

**September 8, 2026, Deadline**

**Relevant Background**

Petitioner G. Memo Vera ("Petitioner") is a state prisoner proceeding pro se and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. 1). On August 11, 2025, the undersigned conducted a preliminary screening of the petition and found that the petition failed to name a proper respondent and failed to state a cognizable claim. (Doc. 4). Accordingly, Petitioner was ordered to file an amended petition or a request to stand on the petition as screened within 30 days of service of the order. *Id.* at 4. On February 26, 2026, Petitioner filed the first amended petition. (Doc. 12). On June 5, 2026, the undersigned issued the pending findings and recommendations to dismiss the petition for lack of subject matter jurisdiction and to deny Petitioner a certificate of appealability. (Doc. 14). Petitioner was directed to file objections within 21 days of service of the findings and recommendations (*e.g.*, no later than June 30, 2026). *Id.* at 6-7.

1

Pending before the Court is Petitioner's motion for a 60-day extension to file objections to the findings and recommendations, filed on June 30, 2026.  (Doc. 15).  In the motion, Petitioner declares that he cannot access the library or legal resources.  *Id.* at 1.  Petitioner attaches exhibits of inmate priority passes of appointments to the library throughout June 2026.  *See id.* at 2.

Petitioner's exhibits do not clearly demonstrate the circumstances of how or why Petitioner is unable to access the library and other legal resources to respond to the pending findings and recommendations.  However, based on Petitioner's representation, the Court finds good cause to grant the requested extension.  The undersigned admonishes Petitioner that no further extensions of the deadline will be granted absent a timely request for extension in which Petitioner demonstrates good cause based on articulable facts and circumstances that prevent Petitioner from responding to the pending findings and recommendations within the expanded time permitted.

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that Petitioner's Motion for Extension of Time (Doc. 15) is GRANTED.

Petitioner shall file by **September 8, 2026,** any response to the pending findings and recommendations (Doc. 14).

IT IS SO ORDERED.

Dated:   **July 1, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2