UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

G. MEMO VERA,

Petitioner,

v.

KERN COUNTY SUPERIOR COURT PSYCH'S,

Respondent.

Case No. 1:24-cv-01332-CDB (HC)

ORDER GRANTING IN PART PETITIONER'S THIRD MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE JUNE 5, 2026, FINDINGS AND RECOMMENDATIONS

(Doc. 19)

**November 5, 2026, Deadline**

**Relevant Background**

Petitioner G. Memo Vera ("Petitioner") is a state prisoner proceeding pro se and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. 1).

On June 5, 2026, the undersigned issued the pending findings and recommendations to dismiss the operative petition for lack of subject matter jurisdiction and to deny Petitioner a certificate of appealability. (Doc. 14). Petitioner was directed to file objections within 21 days of service of the findings and recommendations (*e.g.*, no later than June 30, 2026). *Id.* at 6-7.

On July 1, 2026, the Court granted Petitioner's initial motion for a 60-day extension of time to file objections to the findings and recommendations no later than September 8, 2026. (Doc. 16). Petitioner was admonished that "no further extensions of the deadline will be granted absent a timely request for extension in which Petitioner demonstrates good cause based on articulable facts and

circumstances that prevent Petitioner from responding to the pending findings and recommendations within the expanded time permitted." *Id.* at 2 (emphasis removed).

On August 11, 2026, the Court granted Petitioner's second motion for an extension of time to file objections to the pending findings and recommendations no later than October 5, 2026. (Doc. 18). The Court found good cause to grant an extension of time and admonished that no further extensions will be granted absent extraordinary circumstances given the significant extensions of time already granted herein. *Id.* at 2.

Pending before the Court is Petitioner's third motion for a further 60-day extension of the deadline to file objections to the findings and recommendations, filed on September 30, 2026. (Doc. 19). Petitioner states that his objections "are almost complete" and he needs additional time because the institution "has been on lock down, the law library has been closed," the computers have been damaged, and Petitioner needs subject access to legal research. *Id.* at 1. Petitioner represents that he has been trying to obtain missing pages from his petition and has sought recourse from "legal assistance" to prepare and complete the objections. *Id.* Petitioner further represents he has been denied copies of legal documents requested "for almost [two] months" due to an excuse "that they got no toner." *Id.*

Considering Petitioner's representation that his objections to the findings and recommendations are nearly complete pending final research and in light of Petitioner's issues with his access to resources thereto, the undersigned finds only a limited extension of time is warranted. Therefore, the undersigned will grant 30 additional days to complete and file objections to the findings and recommendations. The undersigned reiterates that no further extensions of the deadline will be granted absent extraordinary circumstances given the significant extensions of time already granted in this action.

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that Petitioner's third motion for an extension of time (Doc. 19) is GRANTED IN PART. Petitioner shall file by **November 5, 2026,** any response to the pending findings and recommendations (Doc. 14).

IT IS SO ORDERED.

Dated: **October 5, 2026**

UNITED STATES MAGISTRATE JUDGE